

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00833-CV

**IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: February 19, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 5, 2024, relator filed a petition for writ of mandamus. The relator's petition asked this court to issue a writ of mandamus compelling the respondent, the Honorable Oscar J. Hale, Jr., to enter a final order resolving a suit affecting the parent-child relationship involving two minor children. On January 1, 2025, the Honorable David E. Garcia, succeeded Judge Hale as district judge for the 406th Judicial District Court, Webb County, Texas.

On January 6, 2026, we abated this original proceeding to allow Judge Garcia to reconsider relator's November 14, 2024 Motion to Enter Final Order. *See* TEX. R. APP. P. 7.2(b); *In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding). On January 27, 2025,

---

[1]This proceeding arises out of Cause No. 2022FLD000613D4, styled *In the Interest of X.R. & M.T., Children*, pending in the 406th Judicial District Court, Webb County, Texas.

Judge Garcia reconsidered the Department's motion to enter a final order and signed a written Final Order In Suit Affecting the Parent-Child Relationship.

On February 4, 2025, relator filed a motion to dismiss the mandamus petition because Judge Garcia entered a final order, and the Department now "considers the issues raised in this mandamus to be resolved."

After consideration, we **GRANT** the motion. Accordingly, relator's petition for writ of mandamus is **DISMISSED**.

PER CURIAM